# Melissa Rowe

| | |
|---|---|
| **From:** | R. Terry Parker |
| **Sent:** | Thursday, November 28, 2019 6:52 AM |
| **To:** | Melissa Rowe; Faith A. McEvoy |
| **Subject:** | FW: Activity in Case 1:19-cv-06145-VEC Creative Photographers, Inc. v. MP 36 West 10th Street LLC et al Notice to Attorney Regarding Deficient Pleading |

Opposing counsel has consented to our filing the amended complaint in the CPI v. Baeble Matter. Let's get that on file Monday morning.

**From:** Lindsay R. Edelstein [mailto:LEdelstein@cdas.com]
**Sent:** Wednesday, November 27, 2019 3:02 PM
**To:** R. Terry Parker; Scott Sholder
**Cc:** Faith A. McEvoy
**Subject:** RE: Activity in Case 1:19-cv-06145-VEC Creative Photographers, Inc. v. MP 36 West 10th Street LLC et al Notice to Attorney Regarding Deficient Pleading

Yes, we consent.



Lindsay Edelstein
Associate
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th fl., New York, NY 10010
*tel: 212-974-7474 / fax: 212-974-8474*
LEdelstein@cdas.com / www.cdas.com

*\*\*\* This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the Recipient(s) indicated and may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended Recipient you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail. \*\*\* [v4141]*

**From:** R. Terry Parker <rtp@rathlaw.com>
**Sent:** Wednesday, November 27, 2019 1:36 PM
**To:** Lindsay R. Edelstein <LEdelstein@cdas.com>; Scott Sholder <ssholder@cdas.com>
**Cc:** Faith A. McEvoy <fam@rathlaw.com>
**Subject:** Re: Activity in Case 1:19-cv-06145-VEC Creative Photographers, Inc. v. MP 36 West 10th Street LLC et al Notice to Attorney Regarding Deficient Pleading

And please copy Faith. Thanks.

Sent from my iPhone

On Nov 27, 2019, at 1:03 PM, R. Terry Parker <rtp@rathlaw.com> wrote:

> Lindsay and Scott,
>
> Let me know if Plaintiff has Defendant's assent to refile the amended complaint.
>
> Thanks,

1

RTP

Sent from my iPhone

Begin forwarded message:

> **From:** NYSD_ECF_Pool@nysd.uscourts.gov
> **Date:** November 27, 2019 at 12:26:34 PM EST
> **To:** CourtMail@nysd.uscourts.gov
> **Subject: Activity in Case 1:19-cv-06145-VEC Creative Photographers, Inc. v. MP 36 West 10th Street LLC et al Notice to Attorney Regarding Deficient Pleading**
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
>
> ### U.S. District Court
>
> ### Southern District of New York
>
> ### Notice of Electronic Filing
>
> The following transaction was entered on 11/27/2019 at 12:26 PM EST and filed on 11/27/2019
>
> | | |
> |---|---|
> | **Case Name:** | Creative Photographers, Inc. v. MP 36 West 10th Street LLC et al |
> | **Case Number:** | 1:19-cv-06145-VEC |
> | **Filer:** | |
> | **Document Number:** | No document attached |
>
> **Docket Text:**
> **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Robert Terry Parker to RE-FILE re: Document No. [38] Amended Complaint,. The filing is deficient for the following reason(s): the wrong party/parties whom the pleading is against were selected; MP 36 West 10th Street LLC is a terminated party; the pleading was filed after the due date of 11/25/2019 set by the Court therefore consent from the opposing party/parties or Court's leave will be required in order to re-file the Amended Complaint. Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other**

2

**Documents and attach either opposing party's written consent or Court's leave. (pne)**

**1:19-cv-06145-VEC Notice has been electronically mailed to:**

Nancy Evelyn Wolff     nwolff@cdas.com, managingclerk@cdas.com

Robert Terry Parker     rtp@rathlaw.com, mmr@rathlaw.com, mrp@rathlaw.com

Scott Jonathan Sholder     ssholder@cdas.com, managingclerk@cdas.com

Lindsay Rebecca Edelstein     LEdelstein@cdas.com, managingclerk@cdas.com

**1:19-cv-06145-VEC Notice has been delivered by other means to:**

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

3