# RATH YOUNG PIGNATELLI

R. Terry Parker, Esquire
Attorney at Law
rtp@rathlaw.com
**DD** (603) 410-4338


December 23, 2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **Creative Photographers Inc v. MP 36 West 10th Street LLC, et al**
              **Case No.: 1:19-cv-06145-VEC (S.D.N.Y.)**

Dear Judge Caproni:

This firm represents the plaintiff Creative Photography Inc. in the above-referenced lawsuit. We write to notify the Court that the parties have reached an agreement in principle to resolve this case in its entirety.  We respectfully ask the Court to dismiss this matter, with leave for any party to reopen the case should the parties not finalize their settlement within 30 days.

Respectfully submitted,

*/s/ R. Terry Parker*


cc:  Scott J. Sholder, Esquire (counsel for defendant)
     Nancy E. Wolff, Esquire (counsel for defendant)
     Lindsay R. Edelstein (counsel for defendant)

National Impact. Uniquely New Hampshire.

Rath, Young and Pignatelli, P.C.
www.rathlaw.com

One Capital Plaza
Concord, NH 03302-1500
T (603) 226-2600
F (603) 226-2700

20 Trafalgar Square
Nashua, NH 03063
T (603) 889-9952
F (603) 595-7489

120 Water Street, 2nd Floor
Boston, MA 02109
T (617) 523-8080

26 State Street, Suite 9
Montpelier, VT 05602
T (802) 229-8050
F (802) 229-4666